IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NOREELDEEN ABDULKARIM, | ) |
| Plaintiff, | ) |
| | ) No. 3:15-cv-00040 |
| v. | ) |
| | ) Judge Nixon |
| METROPOLITAN SHERIFF DEPARTMENT, et al., | ) Magistrate Judge Griffin |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Appeal Denied Motion to Compel (Doc. No. 24), which the Court construes as a motion for review, under Fed. R. Civ. P. 72, of the learned Magistrate Judge's March 18, 2015 Order (Doc. No. 12). Upon review, the Court finds the Order (Doc. No. 12) to be well-founded, finds Plaintiff's motion to be without merit, and, accordingly, **DENIES** Plaintiff's motion (Doc. No. 24).

Also pending before the Court is Plaintiff's Motion to Appeal Dismissed Case of Cruel and Unusual Punishment. (Doc. No. 13.) The Magistrate Judge issued a Report and Recommendation ("Report") recommending that the motion be denied. (Doc. No. 18 at 2.) Upon de novo review, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's motion (Doc. No. 13).

Finally, finding no exceptional circumstances that would justify the appointment of counsel in this civil case, the Court **DENIES** Plaintiff's Motion to Appeal Denied Motion for Counsel (Doc. No. 16). *See Lanier v. Bryant*, 332 F. 3d 999, 1006 (6th Cir. 2003).

It is so ORDERED.

Entered this the \_\_\_\_\_ day of May, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT