IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NOREELDEEN ABDULKARIM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-cv-00040 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | |
| METROPOLITAN SHERIFF DEPARTMENT, et al., | ) | Magistrate Judge Holmes |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants Sheriff Daron Hall, Dan Weikal, and Van Modling's Motion to Dismiss ("Motion"). (Doc. No. 55.) On October 16, 2015, Magistrate Judge Holmes issued a Report and Recommendation ("Report") recommending that Defendants' Motion be granted to the extent that Defendants raise the defense of Plaintiff's failure to exhaust administrative remedies and recommending that this case be dismissed as to all claims raised by Plaintiff. (Doc. No. 85 at 9.) The Report provided a period of fourteen days in which any party could file an objection. (*Id.*) No party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** the Motion (Doc. No. 55) and **DISMISSES** this case. The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the 3rd day of November, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT